■ In the Matter of BARNWELL ASSOCIATES, Appellant, v MAJORIE BRISLIN, as Chairman of the Zoning Board of Appeals of the Town of Pound Ridge, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Zoning Board of Appeals of the Town of Pound Ridge dated June 14, 1984, which denied the appellant's application for a variance to construct, on a residential lot, a sewage disposal system intended to service commercial property on two adjacent lots, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Ferraro, J.), dated June 5, 1985, which confirmed the determination and dismissed the proceeding on the merits.

Ordered that the judgment is affirmed, with costs.

The determination of the respondent Zoning Board of Appeals that the petitioner's three separate parcels, each with its own separate lot number and zoning classification, were not one lot under the zoning ordinance but three, was neither irrational nor unreasonable and must, therefore, be upheld *(see, e.g., Matter of Albert v Board of Stds. & Appeals,* 89 AD2d 960, 962, *appeal dismissed* 59 NY2d 673). We note also that the petitioner failed to demonstrate that it suffered undue hardship so as to entitle it to the use variance it sought. Mollen, P. J., Thompson, Weinstein and Rubin, JJ., concur.

■ In the Matter of MARK CONYERS, Appellant, v RAMON RODRIGUEZ, as Chairman of the New York State Board of Parole, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to obtain credit for time served in jail, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Hickman, J.), entered March 12, 1986, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The petitioner, while on parole, was arrested for various crimes. He is not entitled to jail time credit on the new charges for that period of time during which he was in custody pursuant to a parole violation warrant *(see, Matter of Jeffrey v Ward,* 44 NY2d 812; *Matter of Cruz v New York State Div. of Parole,* 121 AD2d 536). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.